UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Roberto Jayme Medina, et al

Defendant(s)

CRIMINAL NO. 08mj1820

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jorge Estrada-Ceja

DATED: 7/2/08

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________ **DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by **J. PARIS** Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95