HOLLY S. HANOVER, Esq.
California State Bar Number 177303
1016 La Mesa Ave.
Spring Valley, CA 91977
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Jose Martinez Gonzalez

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HON. WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** | ) | **CASE NO. 08cr2125-WQH** |
| **v.** | ) | **DATE: August 4, 2008** **TIME: 2:00 p.m.** |
| **JOSE MARTINEZ GONZALEZ (2),** **Defendant.** | ) | **MOTION TO SHORTEN TIME** |

**TO: KAREN P. HEWETT, or current UNITED STATES ATTORNEY, AND JOSEPH J.M. ORABONA, or current ASSISTANT UNITED STATES ATTORNEY:**

Defendant, Jose Martinez Gonzalez, by and through his attorney, Holly S. Hanover, moves this Court for an order to Shorten time for the filing of the Motions for Discovery, Suppression, and Joinder in Co-Counsel’s motions, with leave to file additional motions, to fourteen (14) days, for numerous reasons (counsel was ill during the normal preparation time for these motions, negotiations and discussions about resolving the matter without going to trial were actively on-going during the past week to try and avoid the filing of motions altogether, and because counsel was in the El Centro Rotation last week). Counsel will submit a proposed order in word-perfect format by e-mail to the Court.

**Respectfully submitted,**

**Dated: July 21, 2008**

s/ *Holly S. Hanover*
Attorney for Jose Martinez Gonzalez
E-mail: Netlawyr@aol.com

HOLLY S. HANOVER, Esq.
California State Bar Number 177303
1016 La Mesa Ave.
Spring Valley, CA 91977
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Jose Martinez Gonzalez

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HON. WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>**v.**<br><br>**JOSE MARTINEZ GONZALEZ (2),**<br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO. 08cr2125-WQH**<br><br>**DATE: August 4, 2008**<br>**TIME: 2:00 p.m.**<br><br>**CERTIFICATE OF SERVICE** |

**IT IS HEREBY CERTIFIED THAT:**

I, Holly Hanover, am a citizen of the United States and am at least 18 years of age. My business address is 1016 La Mesa Ave., Spring Valley, CA, 91977

I have cause the service of the Motion to Shorten Time in this case. The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following e-mail addresses:

//

//

//

//

//

//

//

//

| Name: | E-mail Address: |
|---|---|
| Tamara DeHaan | dehaanesq@cox.net |
| Erick Guzman | erick_guzman@fd.org, marylou_belteton@fd.org |
| Joseph J.M. Orobona | joseph.orabona@usdoj.gov, efile.dkt.gc1@usdoj.gov, glory.rascon@usdoj.gov |

**Respectfully submitted,**

**Dated: July 21, 2008**

**s/** *Holly Hanover*

**Attorney for Mr. Martinez-Gonzalez**

**E-mail: Netlawyr@aol.com**