**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBETO JAYME MEDINA (1), and<br>JOSE MARTINEZ-GONZALEZ (2),<br>Defendants. | ) | Crim. Case No. 08cr2125-WQH<br><br>ORDER GRANTING MOTION SHORTENING TIME TO HEAR MOTION FOR THE VIDEOTAPED DEPOSITION OF MATERIAL WITNESSES |

Upon motion of the material witnesses CONRADO ARTEAGA-RODRIQUEZ and JORGE ESTRADA-CEJA, by their attorney, Tamara D. DeHaan, and in consideration of the fact the witnesses have been in custody since June 9, 2008, with no possibility of being released on bond, and all other matters presented to the Court,

IT IS HEREBY ORDERED that the request for an Order Shortening Time to hear the motion for videotaped deposition is GRANTED. The motion shall be heard on August 7, 2008, at 9:00 a.m., in Department B of this Court.

IT IS SO ORDERED.

DATED: August 5, 2008

The Honorable Ruben B. Brooks
United States Magistrate Judge